IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KEVIN K. BILLINGTON, Inmate #96514,** ) <br> ) <br>     **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **DONALD LOWERY, STEPHANIE PALMER, JAMI LINN SCHUMAKER, RICK ABELL, CHARLES W. HICKS, and FREDDRICK TURNER, JR.,** ) <br> ) <br>     **Defendants.** | **CIVIL NO. 05-788-MJR** |

### JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous. Judgment is entered in favor of Defendants and against Plaintiff.  Plaintiff shall take nothing from this action.

| | |
|---|---|
| <u>May 3, 2006</u> | By: **s/ Michael J. Reagan** |
| *Date* | *District Judge* |